IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EAGLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ONEBEACON AMERICA INSURANCE COMPANY; STONEWALL INSURANCE COMPANY; HOUSTON GENERAL INSURANCE COMPANY; PACIFIC EMPLOYERS INSURANCE COMPANY; ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.; EXCESS INSURANCE CO. LTD.; PORTMAN INSURANCE LIMITED (AXA S.A.) (formerly doing business as LONDON AND HULL MARITIME INS. CO. LTD.); THE PRUDENTIAL ASSURANCE CO. LTD. ; ROYAL & SUN ALLIANCE PLC (formerly doing business as PHOENIX ASSURANCE CO. LTD.); AGEAS INSURANCE LIMITED (formerly doing business as BISHOPGATE INSURANCE CO. LTD. "Q" A/C); RIVERSTONE INSURANCE (UK) LIMITED (formerly doing business as DIA TOKYO INSURANCE CO. (UK) LTD.); CONTINENTAL INSURANCE COMPANY (formerly doing business as CONTINENTAL (MOAC));  YORKSHIRE INS. CO. LTD. "L" A/C; TENECOM LTD. (formerly doing business as YASUDA FIRE & MARINE INS. CO. (UK) "T" A/C); SKANDIA UK INSURANCE CO. LTD. "T" A/C; JOHN AND JANE DOES A-Z; and CORPORATIONS A-Z, <br><br> Defendants. | Civil Action No. 2:13-cv-06217 <br><br> Section: <br><br> Judge: <br><br> Magistrate: |

**NOTICE OF RELATED CASE**

TO THE CLERK OF THE ABOVE CAPTIONED COURT AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the action *Fireman's Fund Insurance Company, et al. v. Eagle, Inc.*, Civil Action No. 2:12-cv-01865, previously pending in this Court before Judge Jay C. Zainey, is related to the above-captioned action.

Respectfully submitted,

/s/ *Winstol D. Carter, Jr.*
Winstol D. Carter, Jr., Bar # 03939
wcarter@morganlewis.com
Lauren A. McCulloch, Bar # 33973
lmcculloch@morganlewis.com
MORGAN LEWIS & BOCKIUS, LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

**ATTORNEYS FOR PLAINTIFF EAGLE, INC.**