UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EAGLE, INC.                                                    CIVIL ACTION

VERSUS                                                         NO: 13-6217

ONEBEACON AMERICA                                              SECTION: "A" (5)
INSURANCE CO., ET AL.

### MINUTE ENTRY (JS-10: 15)

On October 13, 2016, the Court held a status conference in this matter. The names of those counsel who appeared are listed on the attached sign-in sheet. Several parties filed case statements/proposed scheduling orders in anticipation of the conference (Rec. Docs. 382, 386, 389). The Court explained that the case would be stayed in its entirety because Eagle has not received approval in the bankruptcy proceedings to hire counsel to prosecute this case.

Accordingly;

**IT IS ORDERED** that this matter is **STAYED** pending proceedings in the bankruptcy court. The motion to extend deadlines (Rec. Doc. 389) is **DENIED** as moot;

**IT IS FURTHER ORDERED** that the Clerk of Court mark this action **CLOSED** for statistical purposes. The Court shall retain jurisdiction and the case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition. This order shall not prejudice the rights of the parties to this litigation.

* * * * * * * *

*[signature: Jay C. Zainey]*

# CONFERENCE ATTENDANCE RECORD

DATE: 10-13-16              TIME: 11:00

CASE NAME: Eagle

CASE NUMBER: 13-6217   (CIVIL) / CRIMINAL

TYPE OF CONFERENCE: PRE-TRIAL  SETTLEMENT  (STATUS)

ATTORNEYS PRESENT (Please PRINT your name, telephone number and the party you represent):

| Name | Phone | Party |
|---|---|---|
| James R. Sutterfield | 504-598-2715 | Houston General Ins Co. |
| Tancred Schuarri | 2123262267 | Pacific Employers |
| Tim Gringell | 212 326 2145 | Pacific Employers Ins. Co. |
| Samuel M. Rosamond, III | 504-525-9888 | OneBeacon America Ins. Co. |
| Simeon B Reimonenq Jr | 504 568 1990 | USF+G |
| Frank Winston | 202 429 3000 | USF+G |
| Julie Dietz | 504-529-3333 | American Ins/ |
| Kevin R. Tully | 504.593.4237 | First State / Firemen's Fund Ins. Co. |
| Amy L. Macchevone / (Paul Lavelle) | 504.568.9393 | Certain London Market Companies |
| Amy L. Macchevone (Paul Lavelle) | 504.568.9393 | NUFIC |
| Ashbrooke Tullis | 505.525.9888 | Continental + Stonewall |
| Jeffrey Raskin | 415-442-1219 | Eagle, Inc. |
| Christopher Pennison | 504-834-6500 | TIG/Fair & U.S. Fire |
| Mauna Pelleferi | 504-799-4526 | Pacific Employers |
| Judy Barrasso | 504 589-9720 | Eagle |